for failure to submit the same within the time prescribed in rule 37, paragraph 4. *Mr. Emil T. Simmang* for petitioner. No appearance for respondent.

---

No. 854. MINNIE M. WILLIAMS, ETC., EXECUTRIX, ETC., ET AL., *v.* FREEMAN B. CHRISTOPHER. April 13, 1925. Petition for a writ of certiorari to the Court of Appeals of Franklin County, State of Ohio, denied. *Mr. David F. Pugh* and *Mr. L. R. Pugh* for petitioner. *Mr. James N. Linton* for respondent.

---

No. 871. ELLA FOLEY, ADMINISTRATRIX *v.* NEW YORK, ONTARIO & WESTERN RAILWAY COMPANY. April 13, 1925. Petition for a writ of certiorari to the Court of Errors and Appeals of the State of New Jersey denied. *Mr. John W. Townsend* for petitioner. *Mr. John A. Hartpence* and *Mr. Albert C. Wall* for respondent.

---

No. 955. PATRICK J. COLLINS ET AL., ETC. *v.* ANNA C. GIBSON. April 13, 1925. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. George E. Sullivan* for petitioner. No appearance for respondent.

---

No. 956. FENNER & BEANE *v.* T. G. HOLT. April 13, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Burt W. Henry, John E. Hall, Warren Grice, Charles J. Bloch* and *L. C. Going* for petitioner. No appearance for respondent.

---

No. 957. WARREN W. WILLMERING *v.* UNITED STATES. April 13, 1925. Petition for a writ of certiorari to the